B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>District of Puerto Rico | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**PICHI'S INC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**BEST WESTERN PICHI'S HOTEL** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all): **66-0363225** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**CARR 132 KM 204.6**<br>**BO JAGUAS**<br>**GUAYANILLA, PR**     ZIPCODE **00656-0560** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):     ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Guayanilla** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**PO BOX 560115**<br>**GUAYANILLA, PR**     ZIPCODE **00656** | Mailing Address of Joint Debtor (if different from street address):     ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**CARR 132 KM 204.6, BO JAGUAS, GUAYANILLA, PR**     ZIPCODE **00656-0560** | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| [ ] 1-49 | [ ] 50-99 | [x] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**
| [x] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **PICHI'S INC** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **SAN JUAN, PR** | Case Number: **11-06583 ESL** | Date Filed: **8/3/2011** |
| Location Where Filed: **N/A** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) ||||
|---|---|---|---|
| Name of Debtor: **LUIS A EMMANUELLI GONZALEZ** | Case Number: **14-01708** | Date Filed: **6/27/2014** ||
| District: **PUERTO RICO** | Relationship: **OWNER** | Judge: **EDWARD A GODOY** ||

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)                                    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s): **PICHI'S INC**

| Signatures |
|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X ***/s/ Modesto Bigas Mendez***
Signature of Attorney for Debtor(s)

**Modesto Bigas Mendez 129507
MODESTO BIGAS LAW OFFICE
PO BOX 7462
PONCE, PR  00732-7462
(787) 844-1444
modestobigas@yahoo.com**

**October 13, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ***/s/ LUIS A EMMANUELLI MALDONADO***
Signature of Authorized Individual

**LUIS A EMMANUELLI MALDONADO**
Printed Name of Authorized Individual

**PRESIDENT**
Title of Authorized Individual

**October 13, 2014**
Date

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                           Case No. **14-**_____

**PICHI'S INC**_____     Chapter **11**_____
                                              Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .......................................................................... $ __**250.00/hr**__

   Prior to the filing of this statement I have received ............................................................. $ __**15,000.00**__

   Balance Due ............................................................................................................................. $ _____

2. The source of the compensation paid to me was:   ☑ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:   ☑ Debtor   ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__**October 13, 2014**__                    __*/s/ Modesto Bigas Mendez*__
            Date                                        **Modesto Bigas Mendez 129507**
                                                             **MODESTO BIGAS LAW OFFICE**
                                                             **PO BOX 7462**
                                                             **PONCE, PR  00732-7462**
                                                             **(787) 844-1444**
                                                             **modestobigas@yahoo.com**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: Case No. **14-**_____

**PICHI'S INC**_____ Chapter **11**
　　　　　　　Debtor(s)

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:
_____
_____

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

X _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**PICHI'S INC**_____
Printed Name(s) of Debtor(s)

X **/s/**_____ **10/13/2014**
　Signature of Debtor　　　　　　　　　Date

Case No. (if known) **14-**_____

X _____
　Signature of Joint Debtor (if any)　　　Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## District of Puerto Rico

**IN RE:**                                                            Case No. **14-**

**PICHI'S INC**                                           Chapter **11**

*Debtor(s)*

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **BANCO POPULAR DE PR**<br>P O BOX 362708<br>SAN JUAN, PR 00936-2708 | 0 | | | 30,465,874.49<br>Collateral:<br>0.00<br>Unsecured:<br>30,465,874.49 |
| **ARISTROCAT TECHNOLOGIES INC**<br>7230 AMIGO STREET<br>LAS VEGAS, NV 89119 | | | | 4,400,110.35 |
| **PEDRO L RAMOS ECHEVARRIA**<br>JUAN R RODRIGUEZ ESQ<br>PO BOX 7693<br>PONCE, PR 00732-7693 | | | | 1,450,000.00 |
| **CARIBE GENERAL CONSTRUCTORS**<br>2053 PONCE BY PASS<br>SUITE 201<br>PONCE, PR 00717-1308 | | | | 1,115,000.00 |
| **CRIM**<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 | | | | 787,875.89<br>Collateral:<br>0.00<br>Unsecured:<br>787,875.89 |
| **BALLY TECHNOLOGIES**<br>LOCKBOX 749335<br>LOS ANGELES, CA 90074 | | | | 565,652.79 |
| **DEPARTAMENTO DE HACIENDA**<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | 0 | | | 269,200.24 |
| **DEPARTAMENTO DE HACIENDA**<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | 0 | | | 177,475.40 |
| **AUTORIDAD DE ENERGIA ELECTRICA**<br>PO BOX 364267<br>SAN JUAN, PR 00936-4267 | | | | 156,641.60 |
| **FONDO DEL SEGURO DEL ESTADO**<br>PO BOX 365028<br>SAN JUAN, PR 00936-5028 | 0 | | | 147,325.61 |
| **ATRONIC INTERNATIONAL**<br>BORSIGSTRASSE 22<br>32312 LUBBECKE DEUTGHLAN, | | | | 136,320.00 |
| **WMS GAMING CORPORATE RECEIPTS**<br>2357 NETWORK PLACE<br>CHICAGO, IL 60673-1235 | | | | 125,116.44 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---:|
| **COMISIONADO DE INSTITUCIONES FINANCIERAS** <br> PO BOX 11855 FERNANDEZ JUNCOS STA <br> SAN JUAN, PR 00910 | | 112,500.00 |
| **BEST WESTERN INTERNATIONAL** <br> PO BOX 53505 <br> PHOENIX, AZ 85072-3505 | | 98,423.50 |
| **INTERNAL REVENUE SERVICE** <br> PO BOX 7346 <br> PHILADELPHIA, PA 19101-7346 | 0 | 93,090.63 |
| **HMS GAMING LLC** <br> 2720 S PARK ROAD <br> HALLANDALE, FL 33009-3833 | | 76,515.80 |
| **MANUEL A NUNEZ ESQ** <br> PMB 157 SUITE 2 <br> 1357 ASHFORD AVE <br> SAN JUAN, PR 00907 | | 57,537.98 |
| **BANCO POPULAR DE PR** <br> P O BOX 362708 <br> SAN JUAN, PR 00936-2708 | 0 | 47,642.47 |
| **COMPANIA DE TURISMO DE PR** <br> PO BOX 9023960 <br> SAN JUAN, PR 00901 | | 36,516.00 |
| **LAVANDERIAS DEL SUR** <br> URB CONSTACIA <br> 3357 RIO LLANO <br> PONCE, PR 00717 | | 33,595.80 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **October 13, 2014**   Signature: */s/ LUIS A EMMANUELLI MALDONADO*

**LUIS A EMMANUELLI MALDONADO, PRESIDENT**
(Print Name and Title)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: | Case No. **14-**
**PICHI'S INC** | Chapter **11**
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **October 13, 2014**     Signature: */s/ LUIS A EMMANUELLI MALDONADO*
              **LUIS A EMMANUELLI MALDONADO, PRESIDENT**     Debtor

Date: _____     Signature: _____
              Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **PICHI'S INC**<br>PO BOX 560115<br>GUAYANILLA PR 00656 | **AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO**<br>P O BOX 70101<br>SAN JUAN PR 00936-8101 | **BURY BROTHERS INC**<br>649 FIRM DELIVERY<br>PENUELAS PR 00624 |
| **MODESTO BIGAS LAW OFFICE**<br>PO BOX 7462<br>PONCE PR 00732-7462 | **AUTORIDAD DE ENERGIA ELECTRICA**<br>PO BOX 364267<br>SAN JUAN PR 00936-4267 | **BUSINESS TELECOMUNICATIONS**<br>PO BOX 16635<br>SAN JUAN PR 00908-6635 |
| **AFLAC INC**<br>1932 WYNTON ROAD<br>COLUMBUS GA 31999 | **AXESA SERVICIOS DE INFORMACION**<br>PO BOX 70373<br>SAN JUAN PR 00936-8373 | **C & C PRODUCTS INC**<br>2655 NE 188TH STREET<br>MIAMI FL 33180 |
| **ALL CONTROL SYSTEMS INC**<br>PO BOX 2981<br>MAYAGUEZ PR 00681 | **B FERNANDEZ & HERMANOS INC**<br>PO BOX 363629<br>SAN JUAN PR 00936-3629 | **CADILLAC UNIFORM & LINEN SUPPLIES**<br>PO BOX 1893<br>BAYAMON PR 00960-1893 |
| **ALMACEN EL AHORRO**<br>CALLE MUNOZ RIVERA 816<br>PENUELAS PR 00624 | **BALLESTER HERMANOS INC**<br>PO BOX 364548<br>SAN JUAN PR 00936-4548 | **CAFE YAUCONO**<br>PO BOX 13097<br>SAN JUAN PR 00908-3097 |
| **AMADOR RAMIREZ**<br>PO BOX 58<br>MAYAGUEZ PR 00681 | **BALLY TECHNOLOGIES**<br>LOCKBOX 749335<br>LOS ANGELES CA 90074 | **CAPITOL SECURITY POLICE INC**<br>PO BOX 11157<br>SAN JUAN PR 00910 |
| **AMITY PRINTING**<br>CALLE DAGUEY 56<br>ANASCO PR 00610 | **BANCO POPULAR DE PR**<br>P O BOX 362708<br>SAN JUAN PR 00936-2708 | **CARIBE GENERAL CONSTRUCTORS**<br>2053 PONCE BY PASS<br>SUITE 201<br>PONCE PR 00717-1308 |
| **ARISTROCAT TECHNOLOGIES INC**<br>7230 AMIGO STREET<br>LAS VEGAS NV 89119 | **BEST WESTERN INTERNATIONAL**<br>PO BOX 53505<br>PHOENIX AZ 85072-3505 | **CASIANO COMMUNICATIONS**<br>PO BOX 12130<br>SAN JUAN PR 00914 |
| **AT&T MOTIBILITY**<br>PO BOX 6463<br>CAROL STREAM IL 60197-6463 | **BIO SYSTEMS INTERNATIONAL**<br>POB OX 416<br>MERCEDITA PR 00715-0416 | **COMISIONADO DE INSTITUCIONES FINANCIERAS**<br>PO BOX 11855 FERNANDEZ JUNCOS STA<br>SAN JUAN PR 00910 |
| **ATRONIC INTERNATIONAL**<br>BORSIGSTRASSE 22<br>32312 LUBBECKE DEUTGHLAN | **BISMARCK TRADING INC**<br>PO BOX 192198<br>SAN JUAN PR 00919-2198 | **COMPANIA DE TURISMO DE PR**<br>PO BOX 9023960<br>SAN JUAN PR 00901 |

| | | |
|---|---|---|
| COSTA CARIBE<br>1300 SANCHO AVENUE<br>PONCE PR  00716 | EAS SYSTEMS INC<br>PO BOX 482<br>MERCEDITA PR  00715-0482 | GAS REPAIR<br>CALLE 7 NE 332<br>PUERTO NUEVO<br>SAN JUAN PR  00920 |
| CRIM<br>PO BOX 195387<br>SAN JUAN PR  00919-5387 | EFRAIN NUÑEZ<br>PO BOX 191478<br>SAN JUAN PR  00919-1478 | GLORY USA INC<br>PO BOX 7777<br>PHILADELPHIA PR  19175-2030 |
| CRISTARLIA<br>PO BOX 10585<br>SAN JUAN PR  00922 | EFRAIN ORENGO<br>VILLAS DEL CAFETAL<br>CALLE ANTIONIO RODRIGUEZ J13<br>YAUCO PR  00698 | GONZALEZ & TEXIDOR PSC<br>PO BOX 6030<br>PMB 205<br>CAROLINA PR  00984 |
| DADE PAPER CO<br>PO BOX 51535<br>TOA BAJA PR  00950-1535 | ELIAS FERNANDEZ SOTOMAYOR<br>PO BOX 10087<br>PONCE PR  00732-1087 | GRAINGER<br>105 CONQUISTADOR AVE<br>CATANO PR  00962 |
| DE LAGE LANDEN<br>PO BOX 41602<br>PHILADELPHIA PA  19101-1602 | EMPRESAS DE GAS INC<br>PO BOX 1025<br>SABANA SECA PR  00952 | GUAYACAN SIGN & COMPUTER<br>PO BOX 561683<br>GUAYANILLA PR  00656 |
| DELTA DENTAL<br>METRO OFFICE PARK 14<br>CALLE 2 SUITE 200<br>GUAYNABO PR  00968 | ENCO MANUFACTURING CORP<br>CALLE BALDORIOTY 43<br>CIDRA PR  00739 | H & A CLARKE INC<br>103 SOUTH MAIN ST<br>SUITE M5<br>NEWTOWN CT  06470 |
| DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN PR  00902-4140 | ENCUENTRO GUAYANILLENSE DE NY<br>PO BOX 478<br>BRONX NY  10461 | HACIENDA ZAFRA INC<br>PO BOX 58<br>PUERTO REAL PR  00740 |
| DEPARTAMENTO DEL TRABAJO Y REC HUM<br>COLLECTION UNIT 12 FLOOR<br>PO BOX 121020<br>SAN JUAN PR  00910-1020 | FERRETERIA LOS FURGONES<br>BOX 877<br>LAJAS PR  00667 | HMS GAMING LLC<br>2720 S PARK ROAD<br>HALLANDALE FL  33009-3833 |
| DIAZ CANSECO FOOD SERVICE<br>PO BOX 364548<br>SAN JUAN PR  00936-4548 | FLOORCON<br>B5 TABONUCO ST<br>PMB 111 SUITE 216<br>GUAYNABO PR  00938-3029 | HOLD PLUS<br>PO BOX 890271<br>CHARLOTTE NC  28289-0271 |
| DISH NETWORK<br>PO BOX 105169<br>ATLANTA GA  30348-5169 | FONDO DEL SEGURO DEL ESTADO<br>PO BOX 365028<br>SAN JUAN PR  00936-5028 | HUMANA INSURANCE OF PR<br>PO BOX 70228<br>SAN JUAN PR  00939-8310 |

| | | |
|---|---|---|
| **HYTECH COMMUNICATIONS**<br>HY 49 PEDRO ARCILAGOS<br>TOA BAJA PR  00949 | **JUAN RODRIGUEZ OCASIO**<br>RESIDENCIAL CASTILLO<br>EDIF 21 APT 19<br>SABANA GRANDE PR  00637 | **MAF HEAVENLY GROUP**<br>29 CALLE ROSSY<br>CABO ROJO PR  00623-4007 |
| **INFOGERENCIA CONSUTING GROUP**<br>200 CARR 8177<br>PMB 214 SUITE 26<br>GUAYNABO PR  00966-3762 | **KMP PRODUCTION**<br>URB LA QUINTA<br>H 24 CALLE 3<br>YAUCO PR  00698 | **MANAGEMENT EVENTS**<br>PO BOX 192392<br>SAN JUAN PR  00919-2392 |
| **INTER OFFICE**<br>8117 CALLE CONCORDIA SUITE 1<br>PONCE PR  00717-1546 | **LA REINA BAKERY**<br>CALLE 25 JULIO ESQ PACHECO<br>YAUCO PR  00698 | **MANAGEMENT TEMPORARY**<br>PO BOX 192392<br>SAN JUAN PR  00919-2392 |
| **INTERNAL REVENUE SERVICE**<br>PO BOX 7346<br>PHILADELPHIA PA  19101-7346 | **LAVANDERIAS DEL SUR**<br>URB CONSTACIA<br>3357 RIO LLANO<br>PONCE PR  00717 | **MANPOWER**<br>21271 NETWORK PLACE<br>CHICAGO IL  60673-1212 |
| **JAMES AIR CONDITIONER**<br>PO BOX 6769<br>MAYAGUEZ PR  00681 | **LEONARDOS**<br>PO BOX 8781<br>SAN JUAN PR  00910-8781 | **MANUEL A NUNEZ ESQ**<br>PMB 157 SUITE 2<br>1357 ASHFORD AVE<br>SAN JUAN PR  00907 |
| **JC UNIFORMS**<br>COND HATO REY PLAZA<br>APT 5A<br>SAN JUAN PR  00918 | **LEYDA MALDONADO SOTO**<br>PO BOX 560115<br>GUAYANILLA PR  00656 | **MARINE AIR & LOGISTICS**<br>PO BOX 1996<br>CAGUAS PR  00726 |
| **JOSE LUIS GARCIA**<br>PO BOX 9023456<br>SAN JUAN PR  00902-3456 | **LINDE GAS**<br>PO BOX 71495<br>SAN JUAN PR  00936 | **MEDALLA DISTRIBUTORS**<br>PO BOX 51985<br>TOA BAJA PR  00950-1985 |
| **JOSE V FABRE LABOY**<br>PO BOX 801<br>SABANA GRANDE PR  00637 | **LOOMIS**<br>PO BOX 70282<br>SAN JUAN PR  00936-8282 | **MEDIA MARKETING PARTNERS**<br>PO BOX 19088<br>SAN JUAN PR  00910 |
| **JUAN A VAZQUEZ**<br>HC 02 BOX 8143<br>COROZAL PR  00783 | **LUIS A EMMANUELLI GONZALEZ**<br>PO BOX 560115<br>GUAYANILLA PR  00656 | **MENACO CORPORATION**<br>PO BOX 70183<br>SAN JUAN PR  00936-8183 |
| **JUAN DE JESUS VELEZ**<br>CALLE CESARIE 4<br>YAUCO PR  00698 | **LUIS J CHERENA RIVERA**<br>PO BOX 1460<br>GUANICA PR  00653 | **MENDEZ & CO**<br>PO BOX 363348<br>SAN JUAN PR  00936 |

| | | |
|---|---|---|
| **MIDWEST GAME SUPPLY CO**<br>PO BOX 20<br>KEARNY MO  64060 | **PACKERS FOOD SERVICE**<br>PO BOX 204<br>PONCE PR  00734 | **PR TELEPHONE CO**<br>P O BOX 71535<br>SAN JUAN PR  00936-8635 |
| **MIRABET LANDSCAPING**<br>SECTOR LOMITA BONITA<br>CARR 128 KM 4<br>YAUCO PR  00698 | **PBP WASTE**<br>PO BOX 3636<br>MAYAGUEZ PR  00681 | **PREMIER PRODUCTIONS**<br>15 ISABEL<br>PONCE PR  00730 |
| **MR PAN ASOCIADOS**<br>APARTADO 174<br>SABANA GRANDE PR  00952 | **PEDRO L RAMOS ECHEVARRIA**<br>JUAN R RODRIGUEZ ESQ<br>PO BOX 7693<br>PONCE PR  00732-7693 | **PRIME MEATS & SEAFOOD**<br>AVE AMERICO MIRANDA 356<br>SAN JUAN PR  00927 |
| **MUNICIPIO DE GUAYANILLA**<br>PO BOX 560550<br>GUAYANILLA PR  00656-0560 | **PEPSI  COLA OF PR**<br>APARTADO 2600<br>TOA BAJA PR  00951-2600 | **PRODUCTOS ELI**<br>CALL BOX 6900<br>SUITE 169<br>HATILLO PR  00659 |
| **NBM CHEMICAL COMPANY**<br>45 AVE HOSTOS  LA PLAYA<br>PONCE PR  00731 | **PERFECT KILLER**<br>URB GLENVIEW GARDENS E-12 M20<br>PONCE PR  00731 | **PRODUCTOS RIVERA**<br>URB SAN ANTONIO<br>CALLE DILENIA 1590<br>PONCE PR  00728-1631 |
| **NPR SOLUTIONS INC**<br>PMB 247 PO BOX 607061<br>BAYAMON PR  00960 | **PISCINAS DEL CARIBE**<br>PMB 105 PO BOX 2000<br>MERCEDITA PR  00715 | **PROMO GALLERY**<br>AVE FAGOT 3031<br>PONCE PR  00731 |
| **NRT TECHNOLOGY CORP**<br>10 C OMPASS COURT TORONTO CA<br>MID 5R3 | **PITNEY BOWES**<br>PO BOX 371887<br>PITTSBURGH PA  15250-7887 | **PUERTO RICO COFFEE ROASTERS LLC**<br>PO BOX 13097<br>SAN JUA PR  00908-3097 |
| **OFFICE DEPOT INC**<br>PO BOX 630813<br>CINCINNATI OH  45263-0813 | **PLAZA CELLARS CO**<br>PO BOX 363328<br>SAN JUAN PR  00936-3328 | **PUERTO RICO HOTEL TOURISM DEPT**<br>165 PONCE DE LEON AVENUE<br>OFFICE 301<br>SAN JUAN PR  00917-1233 |
| **OMAR TORRES RODRIGUEZ**<br>HACIENDA LA MATILDE<br>CALLE ARADO 5852<br>PONCE PR  00728 | **PONCE POOL**<br>629 AVE TITO CASTRO<br>SUITE 101<br>PONCE PR  00716-0206 | **REEL GAMES INC**<br>1501 NE 13TH AVENUE<br>FT LAUDERDALE FL  33304 |
| **OPEN SYSTEMS LATIN AMERICA**<br>200 CARR 8177 SUITE 26<br>PMB 217<br>GUAYNABO PR  00966 | **PR GENERAL DISTRIBUTOR**<br>JULIO N MATOS INDUSTRIAL PARK<br>WAREHOUSE PLAZA I LOT 26<br>CAROLINA PR  00987 | **RICOH PUERTO RICO**<br>PO BOX 71459<br>SAN JUAN PR  00936-8559 |

RODRIGUEZ VELEZ CPA PSC
PO BOX 1722
LAJAS PR 00667

VAQUERIA TRES MONJITAS
PO BOX 366757
SAN JUAN PR 00936-6757

SEA WORLD INC
PMB 168
366 CALLE ENSENADA
SAN JUAN PR 00920-3526

VERNON
PO BOX 600
NEWTON IA 50208-2065

SHUFFLE MASTER INC
1106 PALMS AIRPORT DRIVE
LAS VEGAS NV 89119-3730

WMS GAMING CORPORATE RECEIPTS
2357 NETWORK PLACE
CHICAGO IL 60673-1235

SONY PUERTO RICO INC
PO BOX 70143
GUAYNABO PR 00968-8143

TAINO ELECTRIC
PO BOX 366005
SAN JUAN PR 00936-6005

TERMINIX PR
PO BOX 1860
CAROLINA PR 00984-1860

THE FAIRBANK CORPORATION
PO BOX 191265
SAN JUAN PR 00919-1265

TRAVEL CLICK
2193 PAYSPHERE CYRCLE
CHICAGO IL 60674

UPS
BOX 2113
CAROLINA PR 00984-2113

V SUAREZ & CO INC
PO BOX 7803
PONCE PR 00732